# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **CENTER FOR SCIENCE IN THE PUBLIC INTEREST**, *et al.*, | * | |
| | * | |
| Plaintiffs, | | |
| v. | * | Case No.: GJH-19-1004 |
| **SONNY PERDUE**, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is ordered by the United States District Court for the District of Maryland that:

1. Plaintiffs' Motion for Summary Judgment, ECF No. 26, is **GRANTED**;

2. Defendants' Motion for Summary Judgment, ECF No. 28, is **DENIED**;

3. Plaintiffs' Motion to Withdraw as Attorney, ECF No. 17, is **GRANTED**;

4. The Motions for Leave to File an Amicus Brief filed by SNA, ECF No. 33, the Physicians Committee, ECF No. 35, the States, ECF No. 40, and the AHA Group, ECF Nos. 41, 48, are **GRANTED**;

5. This case is **REMANDED** to the USDA; and

6. The Clerk **SHALL CLOSE** this case.


Dated: April    13, 2020                          /s/_____
                                                  GEORGE J. HAZEL
                                                  United States District Judge